UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-cv-61005-GAYLES

**LUIS SIERRA,**

        **Plaintiff,**

    v.

**ORION VENTURE XII FLORIDA, LLC,
and RRF 7458, LLC d/b/a DENNY'S 7458,**

        **Defendants.**

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court on Plaintiff Luis Sierra and Defendant Orion Venture XII Florida, LLC's Stipulation of Dismissal With Prejudice [ECF No. 27] and Plaintiff Luis Sierra and Defendant RRF 7458, LLC d/b/a Denny's 7458's Stipulation of Dismissal With Prejudice [ECF No. 28]. Being fully advised, it is **ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**. All parties shall bear their own attorney's fees and costs.

This action is **CLOSED** and all pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 19th day of September, 2016.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE